CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
August 26, 2024
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **ALEXANDRA GILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 7:24-cv-299** |
| | ) | |
| **WHATNOT, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice (Dkt. 5), voluntarily

dismissing the case without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

Finding it proper to do so, this case is **DISMISSED** and stricken from the active docket

of the Court.

It is so **ORDERED**.

Entered:  August 26, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge